UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
**Karina Joseph-Myers,**
        Plaintiff,

-vs-                            **ORDER OF DISCONTINUANCE**

**Unum Provident Corporation,**        CV- 03-558(FB)(SMG)

        Defendant.
-------------------------------------------------X




It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
          September 16, 2005